**Opinion issued January 28, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00074-CR

————————————

## EX PARTE ALI MOHAMAD MOHSEN, Appellant

---

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Case No. 82002010101B**

---

## MEMORANDUM OPINION

Appellant, Ali Mohamad Mohsen, has filed a motion to dismiss the appeal. The motion is signed by appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal. *Id.* Although the motion does not contain a certificate of conference, it contains a certificate of service, stating that the motion was served on the State and has been on file with the Court for more than

ten days. And the State has not responded or otherwise expressed opposition to the motion. *See* TEX. R. APP. P. 10.3(a)(2); *see also* TEX. R. APP. P. 10.1(a)(5).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.
Do not publish.   TEX. R. APP. P. 47.2(b).